David Stanley
1805803, Neal Unit
9055 Spur 591
Amarillo, Tx. 79107

79,299-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 16 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx, 78711

June 9, 2015

Re: Tr. Ct. No. 191978;
    C.C.A. No. WR-79-299-02

Dear Sir!
    Would you please forward to me a copy of the docket
sheets relative to the above referenced matters?
    Thank you in advance for your anticipated time and
assistance.

                              Sincerely
                              David Stanley